IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard A Membrilla, | No. CV-19-00606-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| Mark Napier, et al., | |
| Respondents. | |

On December 31, 2019, Petitioner Richard A. Membrilla filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. ("Petition"). (Doc. 1). The Petition was fully briefed November 10, 2020. (Doc. 18). Thereafter, Magistrate Judge Leslie Bowman issued and Report and Recommendation ("R&R") recommending that this Court dismiss Petitioner's claims as time-barred or, in the alternative, as non-cognizable claims. (Doc. 19). The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

This Court reviewed and considered the Petition (Doc. 1), Judge Bowman's R&R (Doc. 19). The Court finds the R&R well-reasoned and agrees with Magistrate Judge

Bowman's conclusions.

Certificate of Appealability

In this matter, Petitioner failed to file any objections to the R&R. The Court finds that jurists of reason would not find it debatable that Petitioner's claims were time-barred. Therefore, this Court shall not issue a Certificate of Appealability. Any further request for a Certificate of Appealability must be addressed to the Court of Appeals. See Fed.R.App.P. 22(b); Ninth Circuit R. 22-1.

Accordingly, **IT IS HEREBY ORDERED** the R&R (Doc. 19) is **ADOPTED** and Plaintiff's Petition is **DISMISSED**. **IT IS FURTHER ORDERED** this Court **SHALL NOT** issue a Certificate of Appealability for this matter. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 12th day of April, 2021.

Honorable Raner C. Collins
Senior United States District Judge